EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

OMER G. POIRIER
Assistant U. S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 6 2002

at ____ o'clock and ____ min. __ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. ____ CR02 00075 SOM |
| Plaintiff, | INDICTMENT |
| vs. | [18 U.S.C. §§ 2332a, 844(e)] |
| ISAAC DWAYNE AKAU, | |
| Defendant. | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about December 17, 2000, in the District of
Hawaii, the defendant, ISAAC DWAYNE AKAU, without lawful authority
threatened the use of a weapon of mass destruction, to wit, an
explosive bomb, a destructive device as defined in Title 18, United
States Code, Section 921, against the United States Courthouse
Building located at 300 Ala Moana Boulevard, Honolulu, Hawaii, a
property that is owned and used by the United States, in violation
of Title 18, United States Code, Section 2332a(c).

COUNT 2

The Grand Jury further charges,

On or about December 17, 2000, in the District of Hawaii, the defendant, ISAAC DWAYNE AKAU, by means and use of an instrument of commerce, that is, the mail, willfully threatened to unlawfully damage and destroy a building, the United States Courthouse located at 300 Ala Moana Boulevard, Honolulu, Hawaii, by means of explosives, in violation of Title 18, United States Code, Section 844(e).

DATED: _____3/6/02_____, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney

UNITED STATES vs. Isaac Akau
Cr. No. _____
"Indictment"

2