ORIGINAL

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

S31672

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 02-00075 SOM-01 |
| ISAAC DWAYNE AKAU | |

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST ISAAC DWAYNE AKAU and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition, charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 21 2007

at 9 o'clock and 03 min A M
SUE BEITIA, CLERK

U.S. MARSHALS SERVICE
HONOLULU, HI
2006 OCT -6 PM 3:43
RECEIVED

in violation of Title United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *[signature]* | OCTOBER 6, 2006 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL        By: Susan Oki Mollway, United States District Judge

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at HONOLULU, HI

| Date Received 10-6-06 | NAME AND TITLE OF ARRESTING OFFICER Russell Nakashto DUSM | SIGNATURE OF ARRESTING OFFICER *[signature]* |
|---|---|---|
| Date of Arrest 6-18-07 | | |