# MINUTES

CASE NUMBER: CR 02-00075SOM

CASE NAME: USA vs. Isaac Dwayne Akau

ATTYS FOR PLA: Loretta Sheehan
J. Martin Romualdez (USPO)

ATTYS FOR DEFT: Loretta Faymonville

INTERPRETER:

JUDGE: Susan Oki Mollway    REPORTER: Debra Chun

DATE: 6/28/2007    TIME: 11:20 - 11:30

COURT ACTION: EP: Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant Isaac Dwayne Akau present and in custody.

Defendant admits to all 5 violations.

Court finds that there is sufficient evidence to support the violations and the defendant has not met the conditions of supervision.

Ms. Faymonville requests a 2 month continuance - no opposition - Granted.

This hearing is continued to 8/27/07 @ 3:00 p.m. SOM.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.