# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 02-00075SOM |
| CASE NAME: | USA vs. Isaac Dwayne Akau |
| ATTYS FOR PLA: | Loretta Sheehan |
| | J. Martin Romualdez (USPO) |
| ATTYS FOR DEFT: | Loretta Faymonville |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 8/27/2007 | TIME: | 3:05 - 3:30 |

COURT ACTION: EP: Continued Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant Isaac Dwayne Akau present and in custody.

Defendant previously admitted to all 5 violations.

Ms. Faymonville updated the Court re: Defendant's status.

Allocution by Defendant.

Supervised Release is revoked.

ADJUDGED:

Imprisonment: 19 Months.

No further supervised release is imposed.

JUDICIAL RECOMMENDATION: FDC Honolulu.

Defendant advised of his right to appeal.

Defendant remanded to the custody of the USM.

Mittimus forthwith.

Submitted by: Toni Fujinaga, Courtroom Manager.