---

AO 245D   (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocation

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 30 2007

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

# United States District Court
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**ISAAC DWAYNE AKAU**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>Criminal Number: 1:02CR00075-001<br>USM Number: 88910-022<br>Loretta Faymonville AFPD<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]   admitted guilt to violation of conditions   General Condition; Standard Condition Nos. 2 and 7 and Special Condition No. 1   of the term of supervision.

[ ]   was found in violation of condition(s) ___ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:   1153

Defendant's Residence Address:
**Waianae, HI 96792**

Defendant's Mailing Address:
**Waianae, HI 96792**

AUGUST 27, 2007
Date of Imposition of Sentence

*[signature]*
Signature of Judicial Officer

**SUSAN OKI MOLLWAY**, United States District Judge
Name & Title of Judicial Officer

AUG 29 2007
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

CASE NUMBER:     1:02CR00075-001     Judgment - Page 2 of 3
DEFENDANT:       ISAAC DWAYNE AKAU

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Subject refused to comply with drug testing imposed as a condition of supervised release | 8/25/06 and 9/23/06 |
| 2 | Subject engaged in conduct constituting a crime in the State of Hawaii, to wit, Forgery in the Second Degree | 10/2/06 |
| 3 | Subject provided a urine specimen that tested positive for methamphetamine | 9/8/06 |
| 4 | Subject failed to participate and comply with substance abuse treatment | 8/23/06 |
| 5 | Subject failed to submit a truthful and complete written report within the first five days of each month from April through August 2006 | |

AO 245B   (Rev. 6/05) Judgment in a Criminal Case
Sheet 2 - Imprisonment

CASE NUMBER:     1:02CR00075-001

Judgment - Page 3 of 3

DEFENDANT:       ISAAC DWAYNE AKAU

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: NINETEEN (19) MONTHS

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before __ on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

___

___

___

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal