SEP-04-2007 TUE 08:01 AM PROSECUTING ATTORNEY          FAX NO. 808 527 6552          P. 02

DEPARTMENT OF THE PROSECUTING ATTORNEY

# CITY AND COUNTY OF HONOLULU

ALII PLACE
1060 RICHARDS STREET • HONOLULU, HAWAII 96813
PHONE: (808) 547-7400




PETER B. CARLISLE
PROSECUTING ATTORNEY

DOUGLAS S. CHIN
FIRST DEPUTY PROSECUTING ATTORNEY

August 30, 2007

Loretta Sheehan,
 Assistant United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Ewa Wing, 6th Floor
Honolulu HI 96813

> **RE:** State of Hawaii v. Isaac Akau
> Criminal No. 06-1-2032

Dear Ms. Sheehan:

I understand the above-named individual is currently in the custody of the federal government serving his federal sentence. The State of Hawaii has a case involving the same individual and would like your approval to take custody of this person commencing on September 18, 2007. The individual will be returned back to the custody of the U. S. Marshal Service, District of Hawaii, upon final disposition of the above-mentioned case.

Please sign below if you agree to this request and FAX a copy of this letter to **Rene Lee**, FAX no. 550-6517. Our office will then file a Writ of Habeas Corpus ad Prosequendum and an Order Granting the Temporary Transfer of Custody.

Thank you for your cooperation in this matter. If you have any questions, please call me at 527-6569 or Rene Lee at 547-7473.

Very truly yours,

Charlene Ikeda
Deputy Prosecuting Attorney

APPROVED:

Loretta Sheehan
Loretta Sheehan
Assistant United States Attorney

# EXHIBIT "A"