PETER B. CARLISLE  2209
Prosecuting Attorney
CHARLENE K. IKEDA  5210
Deputy Prosecuting Attorney
City and County of Honolulu
Alii Place
1060 Richards Street, 10th Floor
Honolulu, Hawaii  96813
Ph:    527-6569
FAX:  527-6546
Attorneys for State of Hawaii



IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

07-1-0290

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE STATE OF HAWAII FOR A WRIT OF HABEAS CORPUS AD PROSEQUENDUM RE ISAAC DWAYNE AKAU,<br><br>Defendant. | S. P. NO. _____<br>(Cr. No. 06-1-2032)<br><br>APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM; ORDER DIRECTING ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM; WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE Karl K. Sakamoto, JUDGE OF THE ABOVE ENTITLED COURT:

Comes now the STATE OF HAWAII, by and through Charlene K. Ikeda, Deputy Prosecuting Attorney of the City and County of Honolulu, State of Hawaii, and respectfully alleges as follows:

1. That ISAAC DWAYNE AKAU has a case in the Circuit Court of the First Circuit, Honolulu, Hawaii, Criminal No. 06-1-2032;

EXHIBIT "B"

2.  That Trial Call in Criminal No. 06-1-2032 is scheduled for September 18, 2007, 9:00 a.m., before the Honorable Karl K. Sakamoto, Judge of the Circuit Court of the First Circuit, State of Hawaii;

3.  That said Defendant is now imprisoned as a federal prisoner under the custody of the UNITED STATES MARSHAL, District of Hawaii, and is being detained at the Federal Detention Center, Honolulu, Hawaii, and

4.  That in order to procure Defendant's presence in the Circuit Court of the First Circuit, it is necessary that a Writ of Habeas Corpus ad Prosequendum be issued, pursuant to Chapter 660, Hawaii Revised Statutes.

WHEREFORE, Applicant prays that the Clerk of this Court be directed to issue a Writ of Habeas Corpus ad Prosequendum commanding the:

UNITED STATES MARSHAL, District of Hawaii, or his/her deputy to make available the body of ISAAC DWAYNE AKAU to State of Hawaii Officials on September 18, 2007; and

STATE OF HAWAII OFFICIALS, upon taking custody of said Defendant, to:

1.  retain custody of the Defendant and he/she shall be confined with the Department of Public Safety, State of Hawaii, during the pendency of these proceedings;

2.  bring the said Defendant before the Honorable Karl K. Sakamoto, Judge of the Circuit Court of the First Circuit, on September 18, 2007, 9:00 a.m.; and thereafter

3.     return the said Defendant to the custody of the UNITED STATES MARSHAL, District of Hawaii, upon conclusion of Criminal No. 06-1-2032.

Dated at Honolulu, Hawaii: September 4, 2007.

          STATE OF HAWAII

          By PETER B. CARLISLE
          Prosecuting Attorney

          By _____
          CHARLENE K. IKEDA
          Deputy Prosecuting Attorney
          City and County of Honolulu

## ORDER DIRECTING ISSUANCE OF
## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the Clerk of this Court be and hereby is instructed to issue the Writ of Habeas Corpus ad Prosequendum prayed for in the foregoing Application.

Dated at Honolulu, Hawaii:    SEP 05 2007

          _____
          Karl K. Sakamoto
          Judge of the above entitled court

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:    UNITED STATES MARSHAL, District of Hawaii, or His/Her Deputy; and

       STATE OF HAWAII OFFICIALS

GREETINGS:

We command that you, UNITED STATES MARSHAL, District of Hawaii, or your Deputy, produce the body of ISAAC DWAYNE AKAU, who is being detained as a federal prisoner under your custody, to STATE OF HAWAII OFFICIALS on September 18, 2007; and

STATE OF HAWAII OFFICIALS, upon taking custody of said Defendant, to:

1.  retain custody of the Defendant and he/she shall be confined with the Department of Public Safety, State of Hawaii, during the pendency of these proceedings;

2.  bring the said Defendant before the Honorable Karl K. Sakamoto, Judge of the Circuit Court of the First Circuit, on September 18, 2007, 9:00 a.m.; and thereafter

3.  return the said Defendant to the custody of the UNITED STATES MARSHAL, District of Hawaii, upon conclusion of Criminal No. 06-1-2032.

Upon completion of the above, it shall be deemed sufficient compliance with this writ.

WITNESS the Honorable Karl K. Sakamoto, Judge of the Circuit Court of the First Circuit at Honolulu, Hawaii, and the seal of said Court this 5th day of

SEP - 5 2007

_____
Clerk, Circuit Court, First Circuit
State of Hawaii

KARL K. SAKAMOTO
_____
Judge of the Circuit Court
First Circuit, State of Hawaii