PETER B. CARLISLE  2209
Prosecuting Attorney
CHARLENE K. IKEDA  5210
Deputy Prosecuting Attorney
City and County of Honolulu
Alii Place
1060 Richards Street, 10th Floor
Honolulu, Hawaii  96813
Ph:    527-6569
FAX:  527-6546
Attorneys for State of Hawaii

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 06 2007

at __ o'clock and __ min __ M.
SUE BEITIA, CLERK

LODGED

SEP 06 2007
9:25 AM
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00075-SOM |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING TEMPORARY |
| | ) | TRANSFER OF CUSTODY TO THE |
| v. | ) | STATE OF HAWAII REGARDING WRIT |
| | ) | OF HABEAS CORPUS AD |
| ISAAC DWAYNE AKAU, | ) | PROSEQUENDUM |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

ORDER GRANTING TEMPORARY TRANSFER OF
CUSTODY TO THE STATE OF HAWAII REGARDING
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon reading and filing of the Application for Temporary Custody to the State of Hawaii

Regarding Writ of Habeas Corpus ad Prosequendum and good cause appearing therefor,

IT IS HEREBY ORDERED that the United States Marshal Service, District of Hawaii,

temporarily transfer from time to time and as needed the physical custody of Defendant Issac

Dwayne Akau to State of Hawaii Officials, until the conclusion of State of Hawaii v. Isaac Dwayne

Akau, Criminal No. 06-1-2032.  Upon the conclusion of the case, State of Hawaii Officials are to

return the said Defendant back to the United States Marshal Service, District of Hawaii.

Dated: _____9/6/07_____ at Honolulu, Hawaii.


_____

UNITED STATES MAGISTRATE JUDGE

United States v. ISAAC DWAYNE AKAU
Cr. No. 02-00075-SOM
Order Granting Temporary Transfer
of Custody to the State of Hawaii Regarding
Writ of Habeas Corpus Ad Prosequendum

2